[No. 25570-7-II. Division Two. July 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD GASKILL,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00648-6, Terry D. Sebring, J., entered January 10, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 25850-1-II. Division Two. July 20, 2001.]

PAULA HORVATH, *Appellant*, v. KING COUNTY POLICE DEPARTMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08523-1, Stephanie A. Arend, J., entered March 24, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 25861-7-II. Division Two. July 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN LEE ARBEENY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-03212-5, Thomas Felnagle, J., and Meagan M. Foley, J. Pro Tem., entered March 23, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 25886-2-II. Division Two. July 20, 2001.]

LORANN GIFFORD, ET AL., *Appellants* v. JOHN MATEJKA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-01384-4, Jay B. Roof, J., entered March 31, 2000. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Quinn-Brintnall, JJ.